**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 06-6192**

―――――――――

TREMAINE L. KITCHEN,

                                        Plaintiff - Appellant,

        versus

JAMES   PEGUESE,   Warden;   SHAVELLA   WATKINS,
Sergeant;  FRANK  SIZER,  Commissioner;  CAROL
JACKSON,  ARC  Coordinator;  KENNY  TOWNES;
CAPTAIN  GRANT;  LIEUTENANT  SPENCE;  OFFICER
JOHNSON;   GHIRLCHILICH,   Hearing   Officer;
OFFICER GREENE,

                                        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:05-cv-00466-DKC)

―――――――――

Submitted:  April 19, 2006            Decided:  May 17, 2006

―――――――――

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Tremaine L. Kitchen, Appellant Pro Se.  J. Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tremaine L. Kitchen appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kitchen v. Peguese, No. 8:05-cv-00466-DKC (D. Md. Nov. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED